No. 39480.—Protests 822823–G, etc., of K. Kaufmann & Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of cologne flacons, salve boxes, soap boxes, and toothbrush boxes used chiefly in the kitchen, household, or on the table, or hollow ware.   The claim at 40 percent under paragraph 339 was therefore sustained.

No. 39481.—Protest 846601–G of Close & Stewart (Seattle).

Opinion by DALLINGER, J.   The protest was dismissed.

BEFORE THE SECOND DIVISION, SEPTEMBER 29, 1938

No. 39482.—Protests 744563–G, etc., of Sprouse Reitz & Co., Inc., et al. (Portland, Oreg.).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel that the merchandise consists of table, kitchen, or household utensils, or hollow ware, not plated, the claim at 40 percent under paragraph 339 was sustained.

No. 39483.—Protests 487362–G, etc., of A. Vantines & Co. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) the incense burners and table lamps in question were held dutiable at 40 percent under paragraph 339, as claimed.

No. 39484.—Protests 524986–G, etc., of A. A. Vantine & Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) the incense burners and table lamps in question were held dutiable at 40 percent under paragraph 339 as claimed.

No. 39485.—Protests 580178–G, etc., of A. A. Vantine & Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) the incense burners in question were held dutiable at 40 percent under paragraph 339 as claimed.